IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                                          **PLAINTIFF**

v.                                **CASE NO. 4:14-CR-00008-BSM**

**ERIC CHANDLER**                                                                                                         **DEFENDANT**
*Reg. # 28450-009*

## ORDER

Eric Chandler's pro se motion to reduce his sentence [Doc. No. 652] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G. § 1B1.10(a)(2). This is true because Chandler's status as a career offender keeps his criminal history category at level VI.

IT IS SO ORDERED this 17th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE